IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| SHARON CORNETT ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | 1:14-CV-0015-CLC-WBC |
| HARTFORD LIFE & ACCIDENT ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come plaintiff SHARON CORNETT and defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, through their respective attorneys of record, and stipulate that plaintiff's complaint in the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party shall bear her/its own costs and expenses of litigation.

This 14th day of May, 2014.

[*signatures on following page*]

| | |
|---|---|
| s/ *Patrick A. Cruise* | s/ *Elizabeth J. Bondurant* |
| Patrick A. Cruise | Elizabeth J. Bondurant |
| TN BPR 024099 | Georgia Bar No. 066690 |
| | [*admitted EDTN April 17, 2009*] |
| | s/ *Nikole M. Crow* |
| | Nikole M. Crow |
| | Georgia Bar No. 198359 |
| | [*admitted EDTN April 17, 2009*] |
| Attorney for Plaintiff | Attorneys for Defendant |
| THE HAMILTON FIRM | SMITH MOORE LEATHERWOOD LLP |
| 2401 Broad Street | 2300 Atlantic Center Plaza |
| Suite 102 | 1180 West Peachtree Street |
| Chattanooga, TN 37408 | Atlanta, Georgia 30309 |
| (423) 634-0871 (telephone) | (404) 962-1000 (telephone) |
| (423) 634-0874 (facsimile) | (404) 962-1200 (facsimile) |
| pac@thehamiltonfirm.com | lisa.bondurant@smithmoorelaw.com |
| | nikole.crow@smithmoorelaw.com |